# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WIND ENERGY TRANSPORT, LLC**, a Texas Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>**PENNSYLVANIA MANUFACTURERS ALLIANCE INSURANCE COMPANY**, a Pennsylvania Corporation,<br><br>　　　　　　　Defendant. | CASE NO. 5:25-cv-00011-SP<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>**Action Filed:** January 2, 2025<br>**Trial Date:** June 8, 2026 |

1

1  Pursuant to the Stipulated Request for Dismissal With Prejudice filed by
2  Plaintiff Wind Energy Transport, LLC ("Plaintiff") and Defendant Manufacturers
3  Alliance Insurance Company ("Defendant"), by and through their counsel
4  (collectively, the "Parties"), by and through their respective counsel of record,

5  IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

6  1. Pursuant to the Parties' stipulation, and Federal Rule of Civil
7  Procedure 41(a)(1)(A)(ii), all claims, counterclaims and defenses
8  asserted in this action are hereby dismissed with prejudice.
9  2. All Parties are to bear their own costs and fees.

11  IT IS SO ORDERED.

13  Dated: June 13, 2025    _____
            Sheri Pym
            United States Magistrate Judge